# UNITED STATES DISTRICT COURT
for the

District of Alaska

| United States of America | ) |
|---|---|
| v. | ) |
| NTANDO SOGONI | ) Case No. 1:24-mj-00018-MMS |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* NTANDO SOGONI,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 18 U.S.C. § 113(a)(3); Assaults Within Maritime and Territorial Jurisdiction

Date: May 7, 2024

*Issuing officer's signature*

City and state: Anchorage, Alaska

Matthew M. Scoble, United States Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/7/2024, and the person was arrested on *(date)* 5/7/2024
at *(city and state)* Juneau, Alaska.

Date: 5/7/2024

*Arresting officer's signature*

Matthew B Judy, FBI Special Agent

*Printed name and title*